IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:08-CR-00398 OWW |
| vs. | ) | ORDER OF RELEASE |
| MARTIN VERGARA GUZMAN, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on May 4, 2009 has been sentenced to up to 12 months at Victory Outreach in Visalia, California, followed by continued supervised release,

IT IS HEREBY ORDERED that the defendant shall be released 5/4/2009 and to report to Victory Outreach forthwith. A certified Judgment and Commitment order to follow.

DATED: May 4, 2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1